# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TONYA HOOD,<br><br>    Plaintiff,<br>v.<br><br>(1) WARRIOR SELF STORAGE, LLC, a domestic limited liability company; and<br><br>(2) DIAMOND SELF STORAGE MANAGEMENT, LLC, a foreign limited Liability company,<br><br>    Defendants. | Case No. 20-cv-00223-CVE-JFJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tonya Hood, and Defendants, Warrior Self Storage, LLC and Diamond Self Storage Management, LLC, by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal with prejudice of all claims in this litigation, with each party to bear its own costs and attorneys' fees.

Respectfully submitted by:

| TONYA HOOD | WARRIOR SELF STORAGE, LLC<br>DIAMOND SELF STORAGE MANAGEMENT, LLC |
|---|---|
| /s/ Leslie K. Briggs<br>Daniel E. Smolen, OBA #19943<br>Leslie K. Briggs, OBA #33845<br>SMOLEN & ROYTMAN<br>701 S. Cincinnati Ave.<br>Tulsa, OK 74119<br>P: 918-585-2667<br>F: 918-585-2669<br>dansmolen@ssrok.com<br>lesliebriggs@ssrok.com<br>*Attorneys for Plaintiff* | /s/ Caroline G. Lindemuth<br>Randall J. Snapp, OBA #11169<br>Caroline G. Lindemuth, OBA #34163<br>CROWE & DUNLEVY<br>321 South Boston Avenue<br>500 Kennedy Building<br>Tulsa, Oklahoma 74103<br>(918) 592-9800<br>(918) 592-9801 – Facsimile<br>randall.snapp@crowedunlevy.com<br>caroline.lindemuth@crowedunlevy.com<br>*Attorneys for Defendants* |